UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLBY J. KINSEY | CIVIL ACTION |
| VERSUS | NO. 26-1443 |
| KEITH BICKHAM ET AL. | SECTION R (5) |

**ORDER**

Before the Court is plaintiff Colby J. Kinsey's petition for issuance of a writ of habeas corpus.[1] On July 29, 2026, Magistrate Judge North issued a Report & Recommendation (R&R), recommending that the captioned matter be transferred to the United States District Court for the Western District of Louisiana.[2] No party objected to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) Advisory Committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

---

1 R. Doc. 3.
2 R. Doc. 4.

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court **ORDERS** that the captioned matter be transferred to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 26th day of October, 2026.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE